# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0097. WILLIE CHARLES JACKSON v. THE STATE.**

On November 30, 2011, the trial court entered an order revoking Willie Charles Jackson's probation. On October 19, 2012, Jackson filed a "Notification to Clarify Sentence," asserting that the trial court erred in revoking his probation. His filing has been docketed in this Court as an application for discretionary appeal.

We lack jurisdiction because Jackson's application is untimely. An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We lack jurisdiction to consider an untimely application. See *Hill*, supra. Here, Jackson filed his application 324 days after the trial court's order was entered. Accordingly, we lack jurisdiction and the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/13/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*